UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                              DECISION AND ORDER
            v.                                                13-CV-1162A

$18,200.00 UNITED STATES CURRENCY

                              Defendant.

HORTENCE COTTOM,

                              Claimant.

            This case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28

U.S.C. § 636(b)(1)(B).  On April 12, 2018, Magistrate Judge Foschio filed a Report and

Recommendation (Dkt. No. 34), recommending that Plaintiff's motion for summary

judgment (Dkt. No. 29) be denied.  The Court has carefully reviewed the Report and

Recommendation, the record in this case, and the pleadings and materials submitted

by the parties, and no objections having been filed, it is hereby

            ORDERED, that, pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth

in Magistrate Judge Foschio's Report and Recommendation,  Plaintiff's motion for

summary judgment is denied.  The parties shall appear on May 17, 2018 at 12:30 for a

meeting to set a trial date.

            **SO ORDERED.**                    _Richard J. Arcara_____
                                               HONORABLE RICHARD J. ARCARA
                                               UNITED STATES DISTRICT COURT

Dated:   May 3, 2018